Exhibit 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS RESTAURANT ASSOCIATION, HOSPITALITYMAINE, NEW HAMPSHIRE LODGING & RESTAURANT ASSOCIATION, RHODE ISLAND HOSPITALITY ASSOCIATION, RESTAURANT LAW CENTER, and the NATIONAL PORK PRODUCERS COUNCIL,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>MAURA HEALEY, in her Official Capacity as the Attorney General of Massachusetts, and JOHN LEBEAUX, in his Official Capacity as Commissioner of the Massachusetts Department of Agricultural Resources,<br><br>　　　Defendants. | Civil Action No. _____ |

**DECLARATION OF BRYAN HUMPHREYS**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Bryan Humphreys, hereby declare as follows:

1. I am providing this declaration, based upon my personal knowledge, in support of the Motion for Preliminary Injunction filed by the Massachusetts Restaurant Association, HospitalityMaine, New Hampshire Lodging & Restaurant Association, Rhode Island Hospitality Association, Restaurant Law Center, and the National Pork Producers Council ("NPPC") (collectively, "Plaintiffs") in the above-captioned matter.

2. I serve as the Chief Executive Officer of NPPC.

3. NPPC is an agricultural organization representing the interests of the $28-billion-a-year U.S. pork industry. Its members include pig farmers as well as the entire pork chain and associated businesses such as veterinarians, pork packers and processors, and other companies that serve the pork industry.

4. NPPC does not have any parent corporation, and no publicly held corporation owns 10% or more of NPPC.

5. I have reviewed M.G.L. c. 129 App. §§ 1-3(C), 1-6, 940 CMR § 35.04(1)(c) and the official guidance interpreting same[1] (the "Pork Rules") as well as the accompanying Declaration of Casey Gallimore.

6. NPPC's members irreparably harmed if abruptly forced to stop offering conventionally raised pork for sale or distribution in Massachusetts on August 15, 2022. They will suffer lost sales, lost relationships with existing vendors, and ultimately lost customers.

7. NPPC's members would also be irreparably harmed if made to bare the enormous expense of compliance with the Pork Rules only to see them invalidated by the decision of the Supreme Court of the United States in the pending matter *Nat'l Pork Producers Council v. Ross*, No. 21-468, *cert. granted,* 142 S. Ct. 1413 (U.S. Mar. 28, 2022).

In accordance with 28 U.S.C. § 1746(1), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 2, 2022

*Bryan Humphreys*
Bryan Humphreys

---

[1] "33 CMR 35.00 – FAQ," Mass. Dept. of Agricultural Resources, July 11, 2022 (available at https://tinyurl.com/2tkyw54p) (last accessed August 1, 2022).