Exhibit 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS RESTAURANT ASSOCIATION, HOSPITALITYMAINE, NEW HAMPSHIRE LODGING & RESTAURANT ASSOCIATION, RHODE ISLAND HOSPITALITY ASSOCIATION, RESTAURANT LAW CENTER, and the NATIONAL PORK PRODUCERS COUNCIL,<br><br>  Plaintiffs,<br><br> v.<br><br>MAURA HEALEY, in her Official Capacity as the Attorney General of Massachusetts, and JOHN LEBEAUX, in his Official Capacity as Commissioner of the Massachusetts Department of Agricultural Resources,<br><br>  Defendants. | Civil Action No. _____ |

**DECLARATION OF DALE VENTURINI**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Dale Venturini, hereby declare as follows:

1. I am providing this declaration, based upon my personal knowledge, in support of the Motion for Preliminary Injunction filed by the Massachusetts Restaurant Association, HospitalityMaine, New Hampshire Lodging & Restaurant Association, Rhode Island Hospitality Association, Restaurant Law Center, and the National Pork Producers Council (collectively, "Plaintiffs") in the above-captioned matter.

2. I serve as the President and Chief Executive Officer of the Rhode Island Hospitality Association ("RIHA").

2

3. The RIHA represents over 800 foodservice, hotels, vendors and hospitality members in the state of Rhode Island and has been the voice of the hospitality and foodservice industries in the state since 1963. RIHA represents the state's hospitality industry through advocacy, including legal advocacy.

4. RIHA does not have any parent corporation, and no publicly held corporation owns 10% or more of RIHA.

5. I have reviewed M.G.L. c. 129 App. §§ 1-3(C), 1-6, 940 CMR § 35.04(1)(c) and the official guidance interpreting same[1] (the "Pork Rules") as well as the accompanying Declaration of Casey Gallimore.

6. RIHA's members will be irreparably harmed if abruptly forced to stop offering conventionally raised pork distributed to Rhode Island through Massachusetts on August 15, 2022. They will suffer lost sales, lost relationships with existing vendors, and lost customers.

7. RIHA's members will suffer further irreparable harm if, as Ms. Gallimore predicts, there will not be enough pork compliant with the Pork Rules to satisfy market demand in Rhode Island through the end of 2022. This will result in additional lost sales, lost relationships with existing vendors, and lost customers.

8. Rhode Island's hospitality industry, and restaurants in particular, have not fully recovered from the impact of the COVID-19 pandemic and, now, ongoing staffing shortages. Further economic pressures, including those to the supply chain from Massachusetts Question 3, would add to the possibility of more restaurants in the state closing permanently.

---

[1] "33 CMR 35.00 – FAQ," Mass. Dept. of Agricultural Resources, July 11, 2022 (available at https://tinyurl.com/2tkyw54p) (last accessed August 1, 2022).

In accordance with 28 U.S.C. § 1746(1), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 2, 2022

_____
Dale Venturini