Exhibit 10

**From:** "Cahill, Michael (AGR)" <michael.cahill@state.ma.us>
**Date:** July 27, 2022 at 8:35:42 PM CDT
**To:** Dallas Hockman <hockmand@me.com>
**Subject: RE: Follow Up**

Hello, Mr. Hockman.

Can you please clarify what you mean by a "Federal Facility"?

The only exemptions apply to facilities where inspection is provided under the Federal Meat Inspection Act or any sale undertaken at an official plant at which mandatory inspection is maintained under the federal Egg Products Inspection Act. These would include federally licensed slaughter plants.

If you are asking about federal facilities like the federal detention centers located at Fort Devens, or other federal buildings located within Massachusetts, the answer is no. There is no exemption for these facilities. If a processor or distributor is selling covered products to these facilities, and the facility takes possession of the product in Massachusetts, the sale has occurred in Massachusetts and the regulation applies. The product must be compliant.

If, on the other hand, the federal government purchases the products and takes possession of them in another state, and then brings that product to their facility in Massachusetts, the sale occurred outside of Massachusetts and the regulation does not apply.

Please let me know if that does not answer your question.

Michael Cahill, Director
Division of Animal Health
MA Dept. of Agricultural Resources
(617) 626-1794

**From:** Dallas Hockman <hockmand@me.com>
**Sent:** Wednesday, July 27, 2022 3:24 PM
**To:** Cahill, Michael (AGR) <michael.cahill@mass.gov>
**Subject:** Follow Up

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Mr. Cahill

We have heard from some members that there is confusion around Question 3's applicability to federal facilities under the rules that MDAR released this summer.

Does Question 3 cover sales to federal facilities located in Massachusetts, or are they exempt? Similarly, if a distributor in Massachusetts takes delivery of whole pork meat for distribution to a federal facility outside of Massachusetts, would that delivery also be exempt?

I believe you have probably received a couple of requests about this already, it might be good to add this question to the FAQ document.

Dallas Hockman
Sent from my iPhone