UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS RESTAURANT ASSOCIATION et al.,<br>    Plaintiffs,<br><br>    v.<br><br>MAURA HEALEY, in her Official Capacity as Attorney General of Massachusetts, and JOHN LEBEAUX, in his Official Capacity as Commissioner of the Massachusetts Department of Agricultural Resources,<br>    Defendants. | C.A. No. 22-11245-MLW |

## ORDER

WOLF, D.J.                                                           August 4, 2022

With regard to the Plaintiffs' Emergency Motions for Expedited Briefing and Hearing Schedule and for Preliminary Injunction, it is hereby ORDERED that:

1. The parties shall confer and, by August 8, 2022, at 4:00 p.m., report whether they have reached an agreement that obviates the need for a hearing on or before August 15, 2022 on the Motion for Preliminary Injunction, including a possible agreement to stay this case until the Supreme Court decides <u>National Pork Producers Council v. Ross</u>, 6 F.4th 1021 (9th Cir. 2021), <u>cert. granted</u>, 142 S. Ct. 1413 (2022).

2. If a hearing will be necessary, defendants shall, by 12:00 noon on August 10, 2022, respond to the Motion for Preliminary Injunction.

3. Plaintiffs shall, by 12:00 noon on August 11, 2022, file any reply.

4. If necessary, a hearing on the Motion for Preliminary Injunction shall be held, at the Moakley Federal Courthouse, on August 15, 2022, at 10:30 a.m. In view of the constitutional issues involved and the expedited briefing schedule, the court may decide whether or not a temporary restraining order should be issued before deciding after possible further briefing and argument whether a preliminary injunction is justified unless a party in its submission(s) persuades the court that this is not permissible.

                                              /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE