UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS RESTAURANT ASSOCIATION et al.,<br>    Plaintiffs,<br><br>    v.<br><br>MAURA HEALEY, in her Official Capacity as Attorney General of Massachusetts, and JOHN LEBEAUX, in his Official Capacity as Commissioner of the Massachusetts Department of Agricultural Resources,<br>    Defendants. | C.A. No. 22-11245-MLW |

ORDER

WOLF, D.J.                                                  August 9, 2022

The parties have reported that they agree that this case should be stayed until the Supreme Court decides <u>National Pork Producers Council v. Ross</u>, 6 F.4th 1021 (9th Cir. 2021), <u>cert. granted</u>, 142 S. Ct. 1413 (2022). The court agrees and, therefore, it will not conduct a hearing on plaintiffs' Emergency Motion for Preliminary Injunction on August 15, 2022. Accordingly, it is hereby ORDERED that:

1. The defendants are relieved of their obligation to submit a response to the Motion for Preliminary Injunction pursuant to the court's August 4, 2022 Order.

2. As requested, the parties shall, by 12:00 noon on August 10, 2022, file an additional status report explaining the details of their agreement.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE